**O**
**JS-6**

# United States District Court
# Central District of California

SUSAN HERNANDEZ,

            Plaintiff,

    v.

OCWEN LOAN SERVICING, et al.

            Defendants.

Case No. 2:18-cv-06119-ODW(RAOx)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion for Judgment on the Pleadings, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.    Plaintiff shall recover nothing from Defendant;

2.    Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

February 6, 2019

                                       _____

                               **OTIS D. WRIGHT, II**
                      **UNITED STATES DISTRICT JUDGE**